[864 NE2d 615, 832 NYS2d 485]

CLAUDE HORSFORD et al., Respondents, v YVONNE BACOTT, Appellant, and "JOHN DOE" et al., Respondents.

Decided February 22, 2007

### APPEARANCES OF COUNSEL

*Legal Aid Society*, New York City (*Alan Canner* and *Afua Atta-Mensah* of counsel), for appellant.

*Gary J. Wachtel*, New York City, for Claude Horsford and another, respondents.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative. The Appellate Division correctly concluded that the factual determination on which the Civil Court judgment was based is supported by sufficient evidence.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.